JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER STEVE SCOTT,<br><br>    Petitioner,<br><br>vs.<br><br>CHRISTIAN PFEIFFER, Acting Warden,<br><br>    Respondent. | Case No. CV 15-06125-R (DTB)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: April 6, 2016

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

1