UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER STEVE SCOTT,<br><br>                    Petitioner,<br><br>          v.<br><br>MARTIN BITER,<br><br>                    Respondent. | Case No. LACV 15-6125-DSF (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED: September 28, 2021

                                                Honorable Dale S. Fischer
                                                UNITED STATES DISTRICT JUDGE