JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER STEVE SCOTT, | Case No. LACV 15-6125-DSF (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MARTIN BITER, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 28, 2021

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE